## Turner, Appellant, *v.* Sandoval, et ux.

Submitted November 17, 1975. *Edward R. Schellhammer*, for appellant; No appearance entered nor brief submitted for appellees.

Order affirmed.